**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JEWEL RANSOM CHISLER,**

    **Plaintiff,**

v.                                                 **CASE NO. 4:04-cv-00516-MP-AK**

**JAMES CROSBY, et al,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this cause on December 28, 2004, making various complaints about a number of conditions of confinement. (Doc. 1). Plaintiff was advised that she should file an amended complaint on or before March 4, 2005. (Doc. 11). No amended complaint was filed. An Order to Show Cause was entered on July 11, 2006, requesting a response by July 11, 2006. (Doc. 15). That Order advised Plaintiff that it would be recommended that this action be dismissed if she failed to respond. As of this date, there has been no response to the show cause order and no amended complaint has been filed.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with an order of this Court directing that she file an amended complaint (doc. 11) nor has she responded to the show cause order. (Doc. 15). Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **28th** day of August, 2006.

                     **s/ A. KORNBLUM**
                     **ALLAN KORNBLUM**
                     **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**