IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEWEL RANSOM CHISLER,

    Plaintiff,

v.                                              CASE NO. 4:04-cv-00516-MP-AK

JAMES CROSBY,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that the case be dismissed for failure to prosecute. The plaintiff, who failed to respond to an order to amend the complaint and then an order to show cause, also failed to file objections. It is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *11th* day of October, 2006

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge